DAVID C. SUMNER, as Administrator of the Estate of JENNIE E. SUMNER, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Sumner* v. *N. Y. C. & H. R. R. R. Co.*, 169 App. Div. 914, affirmed. (Argued December 18, 1917; decided January 8, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 8, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The complaint alleged that intestate while standing at a crossing waiting to board an approaching train slipped and fell upon the tracks where she was struck by the train, receiving injuries which caused her death. Considerable snow had fallen during the winter preceding the accident and plaintiff offered evidence showing that there was a pitch hole in the road at the point where the railroad track crossed caused by the snow plows throwing out the snow and that the descent into the pitch hole

on the east side of the track over which Miss Sumner approached was quite steep. It was the plaintiff's contention that the decedent slipped on this incline and in that way fell on the railroad track.

*Leroy B. Williams* for appellant.

*James K. Kennedy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: COLLIN, J.